758

No. 605. GUTH *v.* GROVES ET AL., February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Sidney A. Syme, Thomas H. Matters, Jr.,* and *Donald Horne* for petitioner. *Mr. Albert R. Connelly* for respondents.

No. 612 SCHLUMBERGER WELL SURVEYING CORP. *v.* HALLIBURTON OIL WELL CEMENTING Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. William D. Mitchell, Worthington Campbell,* and *Brady Cole* for petitioner. *Messrs. Frederick S. Lyon, Leonard S. Lyon,* and *Ben F. Saye* for respondent.

No. 618. ARKANSAS FUEL OIL Co. *v.* MAGRATH OIL Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John A. Chambliss, Jr.* for petitioner. *Mr. Fred M. Williams* for respondent.

No. 638. NULSEN, EXECUTOR, *v.* NATIONAL LEAD Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Richard S. Bull* for petitioner. *Mr. Thomas Bond* for respondent.

No. 652. HALFERTY ET AL., DOING BUSINESS AS HALFERTY BROTHERS, ET AL. *v.* HAWKEYE CASUALTY Co. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr.*

*Pross T. Cross* for petitioners. *Mr. K. B. Randolph* for respondent.

No. 579. PACIFIC GAS & ELECTRIC CO. *v.* SACRAMENTO MUNICIPAL UTILITY DISTRICT. February 1, 1943. Petition for writ of certiorari to the Supreme Court of California denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Thomas J. Straub* and *John Clarence Wood* for petitioner. *Mr. Stephen W. Downey* for respondent.

No. 548. REECE ET AL. *v.* UNITED STATES. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. James F. Kemp* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States.

No. 587. VILES *v.* PRUDENTIAL INSURANCE CO. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Edmond L. Viles, pro se. Mr. Horace Phelps* for respondent.

No. 611. COATES *v.* LAWRENCE, SUPERINTENDENT AND WARDEN. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Paul Crutchfield* for petitioner. *Mr. Ellis Arnall* for respondent.

No. 594. LUNDON *v.* CHAPMAN, KEEPER OF THE FLORIDA STATE PENITENTIARY. February 1, 1943. Petition

for writ of certiorari to the Supreme Court of Florida denied. *Mr. S. D. McGill* for petitioner. *Messrs. J. Tom Watson,* Attorney General of Florida, and *Woodrow M. Melvin,* Assistant Attorney General, for respondent.

No. 620. STEWART *v.* ST. SURE, U. S. DISTRICT JUDGE. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *J. L. Stewart, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for respondent.

No. 609. BOSTON ELEVATED RAILWAY Co. *v.* COMMISSIONER OF INTERNAL REVENUE. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Charles W. Mulcahy, Robert N. Miller,* and *John H. Moran* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Archibald Cox* for respondent.

No. 613. LOUISVILLE & NASHVILLE RAILROAD Co. *v.* UNDERWOOD, ADMINISTRATRIX. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. White E. Gibson* for petitioner. *Mr. Louis E. Miller* for respondent.